**Dismissed and Memorandum Opinion filed February 14, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-12-00765-CR

---

**ROBERT GLENN JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 49680**

---

## M E M O R A N D U M   O P I N I O N

This attempted appeal is from the trial court's order signed July 20, 2012, denying appellant's request for the appointment of counsel to pursue post-conviction relief under article 64.01 of the Texas Code of Criminal Procedure. *See* Tex. Code Crim. Proc. Ann. art. 64.01(c) (West Supp. 2012). The trial court's denial of such a request is not an immediately appealable order. *See Gutierrez v. State,* 307 S.W.3d 318, 323 (Tex. Crim. App. 2010) (appeal from an order denying

appellant's request for appointment of counsel under article 64.01(c) is "premature" because "a motion for appointed counsel is a preliminary matter that precedes the initiation of Chapter 64 proceedings"). Accordingly, the appeal is ordered dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.
Do Not Publish — Tex. R. App. P. 47.2(b).